JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

STEVEN THANING, an individual,

Plaintiffs,

vs.

SHELTER MUTUAL INSURANCE COMPANY, a foreign corporation; DOE Individuals I-X, inclusive; and ROE Corporations I-X, inclusive,

Defendant.

CASE NO: 2:26-cv-00208-EJY

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: ~~February~~March 6, 2026.

DATED: ~~February~~ March 4, 2026.

KEATING LAW GROUP

*John T. Keating*
JOHN T. KEATING
Nevada Bar No. 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorney for Defendant*

THE POWELL LAW FIRM

JONATHAN POWELL
Nevada Bar No. 9153
8918 Spanish Ridge Parkway, Suite 100
Las Vegas, NV 98148
*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED March 10, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

1